IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Cr. A. No. 10- 93-UNA |
| VIKRAMADITYA SINGH, a/k/a "Vik A" | : |
| Defendant. | : |

### INFORMATION

The United States Attorney for the District of Delaware charges:

### COUNT I

From in or about September 2008, to on or about May 27, 2010, in the District of Delaware and elsewhere, defendant **Vikramaditya Singh**, knowingly and willfully attempted to export from the United States to the Islamic Republic of Iran, and caused the attempted export to the Islamic Republic of Iran, and caused the attempted supply to the Islamic Republic of Iran, without the required authorization from the Office of Foreign Asset Control, Department of the Treasury, having first been obtained, of the following components on the following dates:

| Date | Component |
|---|---|
| September 2008 to March 2009 | Two 4E1/8E1/16E1 digital microwave radios |
| April 2009 to August 2009 | Two 4E1/8E1/16E1 digital microwave radios |
| May 27, 2010 | Forty 4E1/8E1/16E1 digital microwave radios |

All in violation of Title 50, United States Code, Sections 1702 and 1705(a) and (c), and Title 18,



FILED
OCT - 7 2010
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

United States Code, Section 2, and Title 31, Code of Federal Regulations, Section 560.

DAVID C. WEISS
United States Attorney

By: _____
David L. Hall
Robert F. Kravetz
Assistant United States Attorneys

Dated: 6 OCTOBER 2010